## PALMER v. STATE.
### No. 17898.

Court of Criminal Appeals of Texas.
Feb. 5, 1936.

Hartwell & Ryan and L. D. Hartwell, all of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for murder; penalty assessed at confinement in the state penitentiary for not less than two nor more than ninety-nine years.

The indictment and other proceedings appear regular. The evidence heard by the jury and the trial court is not brought up for review. No brief is before this court, and nothing is perceived which would authorize interference with the judgment.

It is therefore affirmed.